# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0943
LT Case No. 2017-CF-005957-A

_____

DOMINQUE FUDGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Dominque J. Fudge, Monticello, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross,
Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____